# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA MARGARITA HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-CV-00912 (EPG)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING AN EXTENSION OF TIME<br><br>(ECF Nos. 12, 13) |

On March 5, 2018, the parties entered into a stipulation, (ECF No. 11), to extend the deadlines in this action as follows:

> The new date for Plaintiff's Opening Brief shall be on or before April 9, 2018. All corresponding briefing deadlines are modified accordingly, with Defendant's Opposition Brief, if any, to be filed on or before May 9, 2018 and Plaintiff's Reply Brief, if any, due on May 24, 2018.

Plaintiff failed to file her opening brief by April 9, 2018, and on May 11, 2018, the Court issued the following order:

> To date, Plaintiff has failed to file an opening brief. Therefore, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be dismissed for failure to comply with the Court's Order. Plaintiff shall file a written response to this Order to Show Cause with ten (10) days of the date of this Order. If Plaintiff desires more time to file the opening brief, Plaintiff should so state in [her] response. Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

1

(ECF No. 12).

On May 21, 2018, Plaintiff filed a response to the order to show cause. (ECF No. 13). Counsel for Plaintiff indicates that the failure to meet the April 9, 2018 deadline was an oversight, and requests an additional extension to May 23, 2018, to file an opening brief. *Id.*

Based on the foregoing, and good cause appearing, it is HEREBY ORDERED that:

1. The Order to Show Cause, (ECF No. 12), is DISCHARGED; and
2. Plaintiff's request for an extension of time is GRANTED as follows:
    a. Plaintiff shall file and serve an opening brief by May 23, 2018,
    b. Defendant shall file and serve a responsive brief, if any, by June 22, 2018, and
    c. Plaintiff shall file and serve a reply brief, if any, by July 9, 2018.

IT IS SO ORDERED.

Dated: **May 22, 2018**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE