# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MAYRA MARGARITA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-00912-EPG<br><br>ORDER GRANTING EXTENSION OF TIME *NUNC PRO TUNC*<br><br>(ECF No. 19) |

Defendant, through her counsel of record, moves for leave for a one day extension of time, from August 27, 2018, to August 28, 2018, to file Defendant's response to Plaintiff's opening brief. (ECF No. 19.) Defendant's counsel represents that she contacted Plaintiff's counsel, who indicated she did not oppose the extension of time. Defendant filed her response brief on August 28, 2018. (ECF No. 18.) The Court finds good cause for and will accordingly grant the extension of time.

IT IS ORDERED that Defendant's motion for an extension of time is GRANTED *nunc pro tunc*. Defendant's response brief filed on August 28, 2018 is deemed timely filed.
IT IS SO ORDERED.

Dated: __**August 29, 2018**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE