# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MAYRA MARGARITA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-00912-EPG<br><br>ORDER GRANTING REQUEST TO RESCHEDULE ORAL ARGUMENT AND MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF<br><br>(ECF No. 22, 23) |

Plaintiff, through her counsel of record, requests that oral argument, currently set for September 18, 2018, be rescheduled to a later date (ECF No. 22), and that she be given a 10-day extension of time to file her reply brief (ECF No. 23). The Court finds good cause for and will accordingly grant the request to reschedule oral argument and for an extension of time for filing the reply brief. Accordingly,

IT IS ORDERED:

1. That oral argument on Plaintiff's appeal, currently set for September 18, 2018, is VACATED and RESET to **September 27, 2018, at 9:30 a.m.**
2. That Plaintiff may file her reply brief on or before **September 24, 2018**.

IT IS SO ORDERED.

Dated: **September 12, 2018**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE