Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MAYRA HERNANDEZ

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8956
carolyn.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:17-CV-00912 (EPG) <br><br> **STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))** <br><br> (ECF No. 30) |

1   IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2   attorneys, subject to the approval of the Court, that Mayra Hernandez (Plaintiff) be awarded
3   attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the amount
4   of five thousand eight hundred and fifty-four dollars and eighty cents ($5,824.80). This represents
5   compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this
6   civil action, in accordance with 28 U.S.C. §2412 (d).

7   After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8   the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9   *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10  attorney fees are subject to any offset allowed under the United States Department of the
11  Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12  determine whether they are subject to any offset.

13  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15  payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16  "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
17  made shall be delivered to Plaintiff's counsel.

18  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19  attorney fees and does not constitute an admission of liability on the part of Defendant under
20  EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
21  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
22  and expenses in connection with this action.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 19, 2018    NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
MAYRA HERNANDEZ

Dated: December 19, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Carolyn Chen*
CAROLYN B. CHEN
(*Authorized by email dated 12/18/2018)
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §2412, fees in the amount of **five thousand eight hundred and twenty-four dollars and eighty cents ($5,824.80)** be awarded subject to the terms of the Stipulation (ECF No. 30).

IT IS SO ORDERED.

Dated: __**December 19, 2018**__     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR AWARD AND PAYMENT
OF ATTORNEYS FEES PURSUANT TO EAJA